# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140176

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CHRISTOPHER LEE BEY,
       Defendant-Appellant.

SC: 140176
COA: 293796
Oakland CC: 99-165767-FH

_____/

     On order of the Court, the application for leave to appeal the October 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322